# Court of Appeals
# of the State of Georgia

ATLANTA,  April 26, 2023

*The Court of Appeals hereby passes the following order:*

**A23I0182. DWIGHT PALMER v. THE STATE.**

On March 7, 2023, the trial court denied Dwight Palmer's motion for immunity from prosecution under OCGA § 20-2-1001 (b). The trial court certified its order for immediate review on March 14, 2023, and Palmer filed this application for interlocutory appeal on March 27, 2023. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within ten days of the trial court's certificate of immediate review. *Genter v. State*, 218 Ga. App. 311, 311 (460 SE2d 879) (1995). The statutory requirements for interlocutory review are jurisdictional. *State v. Wheeler*, 310 Ga. 72, 76 (3) (849 SE2d 401) (2020). Because Palmer filed his application thirteen days after the trial court entered its certificate of immediate review, the application is untimely. Accordingly, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/26/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*_____ , *Clerk.*